67 So.2d 45

## LIBERTY NATIONAL LIFE INSURANCE CO. v. Ethel C. TRAMMELL.

### 6 Div. 599.

Supreme Court of Alabama.

Aug. 11, 1953.

Spain, Gillon, Grooms & Young, Ralph B. Tate and John P. Ansley, Birmingham, for petitioner.

Lipscomb & Brobston, Bessemer, opposed.

SIMPSON, Justice.

Petition of Liberty National Life Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Liberty National Life Insurance Co. v. Trammell, 67 So.2d 41.

Writ denied.

LIVINGSTON, C. J., and LAWSON, GOODWYN and MERRILL, JJ., concur.